**UNITED STATES of america,
Plaintiff—Appellee,**

v.

**Kennedy COVINGTON, Defendant—
Appellant.**

No. 11–6490.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Kennedy Covington, Appellant pro se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kennedy Covington appeals the district court's order denying his motion to compel the Government to file a Fed.R.Crim.P. 35(b) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Covington,* No. 4:07–cr–00632–TLW–1 (D.S.C. Mar. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*